UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DONALD CARLOS RUTLEDGE,

Petitioner,

v.

LOUIS STENDER, Warden,

Respondent.

Civil No. 00-1042 (RHK/JMM)

ORDER

On April 25, 2000, Petitioner filed a petition for writ of habeas corpus claiming that he is being unlawfully incarcerated at the Minnesota Correctional Facility at Moose Lake, Minnesota.

The Respondent is directed to make a return in writing on or before May 24, 2000, certifying the true cause of Petitioner's detention and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's incarceration;

2) A reasoned memorandum of law and fact fully stating Respondent's position on the issues raised in the petition, and on the need for an evidentiary hearing in this matter;

3) A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the Petitioner pleaded guilty, a transcript of the proceedings at which the guilty plea was

FILED APR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

entered.

Respondent's return should also specifically address the issue of whether all of Petitioner's current claims for relief have been fairly presented to, and decided on the merits by, the Minnesota Supreme Court, and if not, whether there are any state court remedies still available for any such claims that have not been so presented and decided.

The Court will entertain a motion to grant the relief requested in the Petition if a written response is not filed by May 24, 2000, as required by this Order.

Finally, the Court notes that Petitioner has also filed an "Application to Proceed Without Prepayment of Fees and Affidavit" seeking in forma pauperis ("IFP") status pursuant to 28 U.S.C. § 1915(a). However, Petitioner has already paid the full filing fee in this case, and he has not identified any other costs that he will be required to bear in connection with this matter. Therefore, IT IS FURTHER ORDERED, that Petitioner's IFP application, (Docket No. 2), is DENIED AS MOOT.

Dated: April 26, 2000

JOHN M. MASON
United States Magistrate Judge