# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Carlos Rutledge

Plaintiff

v.

Lou Stender, Warden

Defendants

Case No. Civil 00-1042 RHK/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the objections to the report and recommendation is overruled. The Report and Recommendation is adopted. The Petition for writ of habeas corpus is dismissed.

DATE: December 28, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

(10)