UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Donald Carlos Rutledge

Petitioner,

Civil No. 00-1042 (RHK/JMM)

vs.

**ORDER**

Lou Stender, Warden,

Respondent.

---

Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 14) is **GRANTED.**

Dated: February 16, 2001

RICHARD H. KYLE
United States District Judge

FILED FEB 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK